UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 4:14-cr-153 ERW (TCM) |
| JAMES STALEY, | ) |
| Defendant. | ) |

## WAIVER OF SPEEDY TRIAL

COMES NOW Defendant, James Staley, and hereby executes this Waiver of Speedy Trial as set out in Title 18 U.S.C. § 3161 et seq.

Defendant further states to the Court that he believes that the ends of justice would best be served by executing said waiver and such waiver would outweigh the best interest of the public and the Defendant to a speedy trial.

WHEREFORE, Defendant moves this Court to accept this waiver as set out above.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, P.C.

_____
James Staley, Defendant

_____
Adam L. Fein #52255 MO
Attorney for Defendant
120 South Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile 862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Dianna Collins, Assistant United States Attorney.