UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 4:14-cr-153 ERW (TCM) |
| | ) |
| JAMES STALEY, | ) |
| | ) |
| Defendant. | ) |

**FIRST MOTION TO CONTINUE SENTENCING**

COMES NOW Defendant, James Staley, by and through counsel, and hereby moves this Court to continue the sentencing hearing, presently scheduled for July 29, 2015, to a date as close to August 25, 2015 as is convenient for the Court. In support of this motion, Defendant states as follows:

1. Defendant's sentencing is scheduled for July 29, 2015.

2. Counsel intends to prepare a sentencing memorandum on Defendant's behalf but has yet to complete it due to demands in other cases. Counsel has been conducting depositions in United States v. $220.020.00 in United States Currency, 3:15-cv-90 NJR, a civil asset forfeiture matter pending in the Southern District of Illinois; preparing for sentencing in United States v. Travon White, 4:15-cr-348 HEA and United States v. Jody Jordan, 4:15-cr-179 RWS and engaging in plea negotiations in United States v. Earle McGee, 4:15-cr-287, a case with a complex criminal history necessitating a pre-plea Presentence Investigation Report.

3. These matters, along with recurring obligations such as jail visits, hearings and discovery review have delayed counsel's progress in the instant case and would preclude counsel

1

from providing effective assistance at Defendant' sentencing.

4. Defendant had hoped for a thirty (30) day continuance but was informed the case agent in this case plans to move to Virginia on August 26, 2015.

5. As a result, Defendant seeks a date as close to August 25 as is available and convenient to the Court.

6. The government has informed counsel they could proceed on August 24 or 25.

7. For the above reasons, Defendant files the instant motion.

8. Defendant, through counsel, has discussed this matter with Assistant United States Attorney Dianna Collins. Ms. Collins does not object to Defendant's request.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing presently scheduled for July 29, 2015 to a date as close to August 25, 2015 as is convenient for the Court.

Respectfully submitted,

ROSENBLUM, SCHWARTZ, ROGERS & GLASS, PC

By: /S/ Marc M. Johnson
MARC M. JOHNSON, #58065 MO
Attorney for Defendant
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314)862-8050

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2015, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Ms. Dianna Collins Assistant United States Attorney.