UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:14-cr-153 ERW |
| JAMES STALEY, | ) | |
| Defendant. | ) | |

**GOVERNMENT'S ADDITION TO DEFENDANT'S MOTION FOR CONTINUANCE**

COMES NOW the United States of America, by and through its attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, an Assistant United States Attorney for said District, and adds to defendant's motion for continuance the following:

1. The government has no object to the Defendant's Motion for Continuance;

2. As stated in the Defendant's Motion, the government is available on August 24th and August 25th. The government understands the 24th or 25th would give defense counsel additional time to prepare for the sentencing and these two dates are the first option of the parties;

3. However, if the Court is not available on the 24th or 25th, the government is also available on the 18th or 19th.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

/s/Dianna R. Collins
DIANNA R. COLLINS, #59641MO
Assistant United States Attorney

1

111 South Tenth Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, 2015, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the defense counsel of record.

<u>*/s/Dianna R. Collins*</u>
DIANNA R. COLLINS
Assistant United States Attorney