UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-cr-153 ERW |
| | ) | |
| JAMES STALEY, | ) | |
| | ) | |
| Defendant. | ) | |

## PERMISSION REQUESTED FOR VICTIM TESTIMONY

Comes now the United States of America, by and through its Attorneys, Richard G. Callahan, United States Attorney for the Eastern District of Missouri, and Dianna R. Collins, Assistant United States Attorney for said District, and requests permission for victim testimony at the sentencing hearing of James Staley. The Government states as follows:

1. Defendant James Staley is scheduled to be sentenced on August 19, 2015 at 9:00 am.

2. Defendant had pled guilty to participating in a scheme to intentionally defraud investors by means of false and fraudulent pretenses, representations, and promises.

3. There are approximately 17 victims, however not all are physically or emotionally able to convey their sentiments in court. The government asks that 5-6 victims of this offense have permission to be heard under USC 3771.

WHEREFORE, the Government requests this Court grant 5-6 victims approximately 2-3 minutes each to speak at the sentencing of James Staley.

                                                                              Respectfully submitted,

                                                                              RICHARD G. CALLAHAN
                                                                              United States Attorney

　　　　　　　　　　　　　　　　　　/sDianna R. Collins
　　　　　　　　　　　　　　　　　　Dianna R. Collins
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　111 South 10th Street, Rm. 20.333
　　　　　　　　　　　　　　　　　　St. Louis, Missouri  63102
　　　　　　　　　　　　　　　　　　314-539-2200
　　　　　　　　　　　　　　　　　　Dianna.collins@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on **July 30, 2015**, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to Defense Counsel.

　　　　　　　　　　　　　　　　　　/s/ Dianna R. Collins
　　　　　　　　　　　　　　　　　　Dianna R. Collins, 59641MO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney