UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:14CR00153 ERW |
| JAMES STALEY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court on Motion to Extend Voluntary Surrender Date [ECF No. 115] by Defendant James Staley. Upon consideration of the request, Defendant's Motion is **GRANTED in part**.

**IT IS HEREBY ORDERED** that the Court extends the reporting date of Defendant James Staley from October 6, 2015, to **October 20, 2015**. Defendant James Staley shall surrender himself to the Bureau of Prisons' authorities at the United States Penitentiary, Marion, Illinois, no later than **1:00 p.m.** on said date.

So Ordered this 21st day of September, 2015.

_____
E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE