



===================================
R E 0 5 7 2 6 4 5 1 2 U S
===================================

**RECEIVED**
**OCT 0 1 2015**
**BY MAIL**

FOR AND SUFFICIENT PRIVATE LAWFUL CONSIDERATION OF ONE ( $1.00) PRIVATE DOLLAR AND ONE ( $1.00) MINTED COIN LAWFUL CURRENCY OF THE UNITED STATES OF AMERICA, [case: 4:14-CR-153 ERW] TENDERED BY AND RETURNED TO Staley III, James Edgar.

DATE OF AUTOGRAPH: September 30, 2015

_____Staley III, Jas Edg_____
GRANTEE.   WITHOUT PREJUDICE
Staley III, James Edgar.
Private citizen of the United States of America. Privately Residing with-in a non-military occupied private estate, outside a "Federal District" not subject to the jurisdiction of the "United States".



Staley III, James Edgar
c/o 1 Winecastle Dr.
St. Charles, Missouri near [63304]

United States Attorney General's office
111 South 10th St. Suite 3.300
St. Louis, Missouri near [63102]