Notice of Extraordinary Visitation: James Edgar, Beneficial Owner 1st Lien Holder of STALEY III, JAMES EDGAR Estate d/b/a JAMES EDGAR STALEY III ©®™

**RECEIVED**
SEP 3 0 2015
U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 4:14-CR-153 ERW |
| -vs- ) ) | |
| STALEY III, JAMES EDGAR corp. sole ) Dba. JAMES EDGAR STALEY III ) | NOTICE OF MOTION AND MOTION TO INTERVENE |

### NOTICE OF CONSTITUTIONAL CHALLENGE TO STATUTE

### AND MOTION TO INTERVENE

**TAKE NOTICE THAT** pursuant to the FRCP Rule 5.1(a) the defendant listed in the above-styled action will make an application for:

1. Short leave to be granted for the application; and

2. Relief under 24 of the FRCP on the following grounds:

   a. Challenge of the constitutionality of Federal statutes:
   
   i. Title 18 United States Code, Section 1343
   ii. Title 18 United States Code, Section 3663 A(b)
   iii. Title 18 United States Code, Section 3583(b)(2)
   iv. Title 18 United States Code, Section 3624(e)
   v. Title 18 United States Code, Section 3561 (c)(1)
   vi. Title 18 United States Code, Section 3564 (b)
   vii. Title 18 United States Code, Section 3571 (b)
   viii. Title 18 United States Code, Section 3013
   ix. Title 18 United States Code, Section 3572 (a)(6)
   x. Title 18 United States Code, Section 3663 A
   xi. Title 18 United States Code, Section 3553 (a)
   xii. All of USSG (UNITED STATES Sentencing Guidelines)

**Notice of Extraordinary Visitation: James Edgar, Beneficial Owner 1st Lien Holder of STALEY III, JAMES EDGAR Estate d/b/a JAMES EDGAR STALEY III ©®™**

**AND TAKE FURTHER NOTICE THAT** the defendant rescinds all pleads of guilty that were made on April 30th, 2015.

**AND TAKE FURTHER NOTICE THAT** the defendant requests a trial date to be set for November 16, 2015 for the purposes of the United States Attorney General Loretta E. Lynch to have the opportunity to testify as to the veracity of the above mentioned statutes and their constitutional jurisdiction over the real man James Edgar, who is Beneficial Owner 1st Lien Holder of STALEY III, JAMES EDGAR Estate d/b/a JAMES EDGAR STALEY III ©®™

**AND TAKE FURTHER NOTICE THAT** the material facts giving rise to the constitutional question are as follows:

1. The offence number are listed in Paragraph (2)(a)(i.)(ii.)(iii.)(iv)(v)(vi)(vii)(viii)(ix)(x)(xi)(xii);
2. The date of the alleged offense was February 2008 through 2010;
3. The date of the delivery of the defendant is October 20th, 2015
4. The defendant's *unalienable rights, protected by* the Constitution for the United States of America (as ratified without subsequent amendments) and BILL OF RIGHTS, right of travel and freedom of movement has been violated;
5. The defendant's *unalienable rights* were violated; *protected by* the Constitution for the United States of America (as ratified without subsequent amendments) and ARTICLE I. BILL OF RIGHTS, SECTION. XII. The right of the people to be secure in their persons, houses, papers, and effects against unreasonable searches and seizures, shall not be violated; and no warrant shall issue except upon probable cause, supported by oath, or affirmation, particularly describing the place, or places, to be searched, and the persons or things to be seized. violated;
6. The defendant relied in good faith on statements, representations, written documentation and information provided directly from the owners of B & B Equity Group LLC.
7. Substantive Law is in support of defendant's defense.

**AND TAKE FURTHER NOTICE THAT** the grounds for this constitutional question are as follows:

1. That the Eastern District of Missouri, United States District Court comply to Rule 24. of the FRCP;
2. That the Eastern District of Missouri, United States District Court reschedule delivery date of defendant until constitutional challenge is examined and the United States Attorney General has been properly placed on notice.

**Notice of Extraordinary Visitation: James Edgar, Beneficial Owner 1st Lien Holder of STALEY III, JAMES EDGAR Estate d/b/a JAMES EDGAR STALEY III ©®™**

*[signature]*

September 30, 2015

James Edgar, registered Owner
of STALEY III, JAMES EDGAR corp. sole
Dba JAMES EDGAR STALEY III
c/o [1] Windcastle Drive
Saint Charles [Missouri] state Republic Near; [63304]


TO:

Eastern District of Missouri, United States District Court;

**Dianna R. Collins,** Assistant United States Attorney # 59641MO
111 South 10th Street, Suite 3.300
St. Louis, Missouri; near [63102]


Eastern District of Missouri, United States District Court:

**Gregory J. Linhares,** Clerk of Court
111 South 10th Street, Suite 3.300
St. Louis, Missouri; near [63102]
Phone: (314) 244-7900
Fax: (314) 244-7909



United States Attorney General's Office
U.S. Department of Justice

**Loretta E. Lynch**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MISSOURI

## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: 4:14-CR-153 ERW |
| -vs- ) ) | |
| STALEY III, JAMES EDGAR corp. sole ) <br> Dba. JAMES EDGAR STALEY III ) | NOTICE OF MOTION AND <br> MOTION TO INTERVENE |

### CERTIFICATE OF SERVICE

I, James Edgar, living Man for STALEY III, JAMES EDGAR corp. sole, dba. JAMES EDGAR STALEY III, is to certify that I have this day served the District Attorney with this **Notice of Constitutional Challenge to Statute and Motion to Intervene** by Hand Delivery thereon the ensure delivery to:

Dated this 30th day of September, 2015

_____
James Edgar

James Edgar, registered Owner
of STALEY III, JAMES EDGAR corp. sole
Dba JAMES EDGAR STALEY III
c/o [1] Windcastle Drive
Saint Charles [Missouri] state Republic Near; [63304]

1 | Page