

Certified Mail:
7015 0640 0003 0427 8184

To Whom It May Concern:

This letter is to certify that I am terminating the professional relationship that I have with Rosenblum, Schwartz, Rogers & Glass, P.C. and that all matters related to my case should immediately cease.

Scott, Adam and Marc have been outstanding in their performance, activity, communication and duties for the time that they have represented me. Marc Johnson has especially been a pleasure to work with and has exceeded my expectations in every area. Thank you to your entire law firm for representing me in my case. But, at this time, I no longer need representation in the matters at hand.

Sincerely,

Staley III, James Edgar     Signed this 30th day of September, two thousand-fifteen.