Staley III, James Edgar
c/o 1 Windcastle DR.
St. Charles, Missouri near [63304]

Eastern District of Missouri
United States District Court
Gregory J. Linhares, Clerk of Court
111 South 10th St. Suite 3.300
St. Louis, missouri [63102]





