# Priority Special Cause

To the Honorable E. Richard Webber, Chancellor holding the Chancery Court AT St. Louis City:

Thanks for responding TO my first letter. I, Staley III, James Edgar, was under much duress at the time of the writing of the first petition AND had limited resources AT my disposal to present TO your Honor what the court desired TO see. One here is confident AND prays that your Honorable Chancellor will NOT only see the claims AS requested, but will ALSO see the irrefuttable evidence to support such claims that are attached to this Bill, that will compel the court TO GRANT the immediate relief that is prayed for AT the closing of this Bill.

One here has chosen to hand write this petition in the spirit of the original process of Chancery AND TO CONTINUE TO work out my salvation with fear AND trembling AS well AS with clean hands AND A pure heart. It is with Grace AND Good conscience using the maxims of Equity AND the Rules of Equity that I, Staley III, James Edgar, petition the court AND your Honorable Chancellor this Day.

page 1 of 14

For the record, Staley III, James Edgar, is a Private American National of the United States of America, privately residing on Saint Charles County, in a non-military occupied private estate, outside a "Federal District", not under the jurisdiction of the "United States", and is the only living Beneficiary of the all caps JAMES EDGAR STALEY III Estate, the Beneficial owner, first lien holder of the All caps STALEY III, JAMES EDGAR Corporate Sole, doing business as the all caps JAMES EDGAR STALEY III ® Also Known As (AKA) JIM STALEY, now aggrieved prisoner at MARION, ILLINOIS Satellite Camp, hereafter known as "Complainant." The All caps UNITED STATES OF AMERICA will hereafter be known as "Defendant."

Complainant Respectfully shows to the Court the following Facts:

I.  There has been a Breach of trust by the Defendant through its Attorney DIANNA R. Collins, in the matter concerning the Fiduciary co-Trustee relationship to the All caps JAMES EDGAR STALEY III Estate. On the First day of October, in the year of our Lord, Two-thousand fifteen (October 1, 2015) Attorney Dianna R. Collins #59641MO doing business as UNITED STATES OF AMERICA,

was served A NOTICE; CLAIM; Propriety That
was delivered, received AND accepted by her
through registered mail / case Number RA 196 (for page expert E#E)
715 826 US, giving her full NOTICE that she,
Dianna R. Collins #59641 MO is the Fiduciary
CO-TRUSTEE of the All CAPS JAMES EDGAR
STALEY III Estate AND WAS charged to settle/
discharge ANY or All claims or debts AGAINST the
TRUST property, real or personal, within the ten
(10) DAYS of SAID NOTICE. ATTORNEY DIANNA R. Collins
has NOT DISCLAIMED BEING the FIDUCIARY CO-TRUSTEE,
thereby agreeing to such APPOINTMENT, NOR has
DIANNA R. Collins fulfilled the requirement set forth
IN the SAID NOTICE of which DIANNA R. Collins
agreed to, thus creating A serious breach of
trust that has resulted IN irreparable INJURY
to the ComplAINANT. (see Exhibit A)

II.     "EQuity Regards the Beneficiary AS The Real Owner"-
Chancellor Gibson ON Maxims of EQuity. DefendANT
has IN general, Assumed that the lower case
james edgar staley III, the real man operating IN
Equity, is the Same AS the commercial
entity AND All caps NAme JAMES EDGAR
STALEY III® (AKA) JIM STALEY, AND thus
has taken ComplAINANT AS Surety for the
Debt that is owed by the All CAPS,
commercial, war-time entity of the "UNITED
STATES" Corporate TRUST, even though the real
man IN Equity is the real Beneficiary of the

Constitutional Trust and this fact has been well documented in the exhibits included herein. Furthermore, the complainant is not the fiduciary co-trustee of the "United States" corporate trust, nor the Trustee of any other trust and desires to make it extremely clear that the complainant disclaims any and all private trusteeships, voluntary trusteeships, and any and all voluntary or involuntary express or implied trusteeships. The Defendant not only stands in breach of the Constitutional Trust, but has also breached the "United States" Corporate trust as well, by using the Complainant, who is not the fiduciary trustee, nor the all caps entity, as surety in a public case. Complainant is the Actual Beneficiary of the Constitutional Trust and only Beneficiary of the all caps JAMES EDGAR STALEY III Estate. The Federal Courts have ruled many times that there is a difference between the all caps entity and the lowercase name of the real man operating in Equity, as well as "When two rights concur in one person, it is the same as if they were two separate persons" 4 Co. 118 (Bouvier's Maxims of Law, 1856). Furthermore, when one's status changes from that of public to private in nature, that status is made retroactive to the date of creation of trust (See Exhibit(s) B, C, and D)(include exhibit E & F)

III. Due to the ABOVE Breaches of trust, the result is the living man AND only Cestui Que of the trust AND Beneficiary of the All Caps JAMES EDGAR STALEY III ESTATE has been UNlawfully seized, detained AND imprisoned UNTIL TODAY AT the MARION ILLINOIS SATELLITE Camp. The breach of trust by the DefendANT has resulted IN irreparable INJURY TO the complAINANT AND The CONTINUED eNCUMbRANce of over 3.3 million Dollars of Debt to the All CAPS JAMES EDGAR STALEY III Estate AS A result of the mistake that the Beneficiary NAMEd "Staley III, James Edgar" IS the FIDUCIARY TRUSTEE when he is undoubtedly the only living beneficiary, NOT The FIDUCIARY CO-TRUSTEE, NOr the surety of the All CAPS JAMES EDGAR STALEY III Estate. The FIDUCIARY CO-TRUSTEE of the All CAPS JAMES EDGAR STALEY III Estate is DIANNA R. Collins, who has Accepted Such position AS STATED ABOVE. The complAINANT Does NOT volunteer AS trustee AND IT IS SIMPly WRONG AND UNlawful to imprison AND INJURE the equitable owner by NATURE AND Beneficiary of A TRUST when IT IS The FIDUCIARY TRUSTEE That IS required to SATISfy All debts that ARE placed onto A TRUST. "EQUITY WILL NOT SUFFER A WRONG WITHOUT A REMEDY"- MAXim of EQUITY (GIBSON). The FACT that the real man has been imprisoned AND has NOT volunteered to be the surety for the Co-trustee JAMES EDGAR STALEY III, IS EVIDENT that A Serious WRONG hAS been COMMITTED

AGAINST The COMPLAINANT AND requires immediate remedy. (See Exhibit A)

IV.   Defendant has CREATED incalculable INJURY against complainant by way of UNJUSTly AND unlawfully holding COMPLAINANT IN CUSTODY AGAINST his will, having removed complainant from WIFE AND SIX offspRING who ARE IN Need of the Fatherly AND husbandry Roles that COMPLAINANT provides, NOT TO MENTION StRIPPING AN ENTIRE Congregation of their pastor, counselor AND teacher of Biblical Law AND Equity IN Christ for Both SALVATION AND for CONCIONABIE way of living. The Defendant has INjURED COMPLAINANT IN relationships IN which all real equity is found through the FAILURE of the DefendANT TO perform the required DUTIES of the FIDUCIARY CO-TRUSTEE. The Defendant has Also permanantly AND irreversably INjURED The most important part of A man's life, AND that is the COMPLAINANT'S reputATION. RepUTATION is VITAl for the COMPLAINANT ABILITY TO provide for self, family, AND Achieve All that one is destined TO Be IN this life. The COMPLAINANT has DEDICATED his life to INCREASING the SpiRiTUAl growth of others both locally AND AROUND the world IN both their relationships TO Their CreaTOR AND Also IN their INTERpersonal relationships, AND one relies on modern technology, such As the INTERNET, to promote TO AND REAch people that ARE

hurting and looking to increase their understanding and comprehension of Biblical precepts and how to apply them to their lives. Through the breach of trust by the Defendant, Complainant's reputation has been permanently injured on a global scale, from negative, false, and misleading material that has been published by the media and other web-based material. Chancellor Gibson says in Section 56 of his treatise in Suits in Chancery, "The term 'property', as used in this section, includes everything that is subject of exclusive individual ownership; or, to be more specific, not only includes lands, houses, goods and chattles, rights and credits, but also a man's person, and his wife and minor children, and his right to work, and to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal. As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence, when one person has obtained the labor or property of another he should pay or account thereof, unless he can prove it was a gift; and so whatever injury one person does to another's property or capacity to labor should be made good." Your Honorable Chancellor, virtually every one of the

ABOVE stated liberties have been stripped from the complainant through the Actions of the Defendant, And the Complainant expects Defendant to "pay or Account, therefore." Complainant stands on the Fact that he has never gifted to Defendant his property And/or liberties. Furthermore, there is no provision in the Contract nor Any consideration for the complainant to Be imprisoned, yet it is the complainant's property that has been unlawfully taken by Defendant for the surety of the debt encumbered onto the JAMES EDGAR STALEY II Estate. It is the Complainant's will, intent, and purpose that the tendered/lawful consideration will extinguish All interests, claims, And Debt of the charge, making Complainant the full beneficial interest holder of All claims. (See Exhibit(s) E)

V.  This Honorable Court has jurisdiction over All matters of Equity, trust relations, mistakes And has jurisdiction And Authority for the complete reversal of All public court judgments as they do not take into consideration Grace, good reason And Good Conscience, of which the courts of Equity were founded upon. Furthermore the Equity Courts have established that the public courts that operate on Statute Are sometimes incapable of giving full justice because of the restriction of evidence And the narrow Definition within that

public law. For instance, when one acts in the full faith and assurance of the people and company that one works for, and truly believes that one is doing good for those that are being served, it is irreprehensible in a court of Equity to presume that there is any fraud, yet in the courts of Law, fraud is presumed first and then forced by strict statute without the possibility of all the evidence being presented. For example, according to Attorney Jennifer Griffen, it was noted that there were documented emails and correspondence from insurance companies directed to the Missouri Insurance Commissioner where those insurance companies admitted to lack of good faith and were willing to recind all policies and refund all investor money to investors.

VI.    English Judicature Act of 1873 provided "Generally in all matters in which there is a conflict or variance, between the rules of Equity and the Rules of the Common Law, with reference to the same subject matter, the Rules of Equity shall prevail," and supported by the following Supreme Court Rulings, but not limited to: EX PARTE SEDILLO, 34 N.M. (1929), [FAIREY v. GARDNER, 233 S.C. 297 (1958), ELLIS V. ESTATE OF ELLIS, UT 77 (2007), WAGNER V. STATE, NO. CV 09-5026341-8 (NOV. 17, 2010)]

Because "Equity Delights to Do complete JUSTICE AND NOT BY Halves", AND Because "when Chancery has jurisdiction for one purpose, IT WILL TAKE JURISDICTION for ALL purposes" AND "Equity will NOT Suffer A WRONG without A remedy", which ARE ALL bASIC MAXIMS of COURTS of Equity, AND because the COmplAINANT IS A PRIVATE AmericAN NATIONAl CITIZEN living IN full equity recognized by AND IN the full fAith AND ASSURANCE of the UNITED STATES OF AMERICA AND should hAve Never Suffered this irreparable injury to property or reputation, ComplAINANT comes before this COURT AND Your HONOR The Chancellor AS well AS the COURTS of HeAVEN with cleAN hANDS AND A pure heART petitioning the COURT to free complAINANT from INVOLUNTARY IMPRISONMENT AND SERVITUDE IMMEDIATELY. ComplAINANT NOW COMES TO YOUR HONORABLE Chancellor AND Requests ASSISTANCE IN these MATTERS AS ONE here is legally disAbled OND ONES rights ARE NOT SEEN IN MILITARY COURTS AT LAW IN public.

Because "EQUITY RegArds the SUBSTANCE AND NOT the FORMS of thinGS", AND because there IS SUFFICIENT SUBSTANCE ON BOTH the fAce of this Bill AS well AS IN the SupportING DOCUMENTS, ONE prAys IN ACCORDANCE with the ABOVE STATED fACTS AND Beliefs :

I.   Complainant prays for all proper process to be served, executed and observed in the most timely and effective manner to protect further injury to Complainant and that Complainant be released from prison immediately and Defendant, Defendant's counselors, solicitors, and all such agents of Defendant be immediately restrained by immediate injunction from proceeding further in the Detainment of the Complainant's Body and also from instituting any new or like purpose in any other court without leave from your Honorable Chancellor.

II.   That Complainant will have immediate Declaratory relief and protection and for specific relief and immediate and permanent release of Complainant, the real man being held at the federal Prison Camp in Marion, Illinois.

III.   That Complainant prays for complete and total losses to be awarded to Complainant as "whatever injury one person does to another's property or capacity to labor should be made good" - Gibson; and Complainant also prays generally for such further and other relief as he is entitled.

IV.   That Complainant Recover from Defendant, the losses suffered by reason of the failure of the Defendant to comply with the Duty of the Fiduciary Co-trustee And Breach of Trust And lack of consideration to use the property of the complainant for unjust enrichment And that Complainant may have such further And other relief he may be entitled. And Because "Equity Delights in Doing Equity", Complainant calculates such losses to Be exactly Three million, three hundred Thousand, five hundred sixty Eight Dollars AND seven cents ($3,313,568.07) AND one here desires for it to Be Distributed properly to those that have encumbered loss in said public case so As they may be made whole.

V.   That complainant prays for All Rights to Be immediately restored to complainant, including all But Not limited to: property that was siezed, Confiscated or held without voluntary permission from complainant, As well As All Rights Afforded By The Constitution of the United States of America, And All other Rights That were held by Complainant before such breach of trust was committed.

VI.   That complainant prays that since a breach of trust has taken place As mentioned Above in this Bill, AND the reputation AND property has encumbered irreparable injury, complainant

prays that all public case material and all information related to such case be immediately expunged and permanently removed from the public record related to the All Caps entity JAMES EDGAR STALEY III, and that this SITUATION be sealed from public view. Complainant is a PRIVATE American NATIONAL CITIZEN and DESIRES TO Keep this MATTER AND All related MATTERS PRIVATE. Complainant HAS NO DESIRE TO, INCENTIVE TO OR AGENDA TO TAKE the Special, PRIVATE MATTERS AND make them public IN ANY WAY, including All MATTERS of process AND Decrees. Complainant believes that one's own INTEGRITY IN private is of UTMOST importance TO AND Supports the very FUNDAMENTAL principle Foundations of All Equity.

VII. That Complainant prays for immediate relief AND AN immediate Final Decree based on the Rules of Equity which were founded upon DIVINE power of grace AND GOOD CONSCIENCE.

VIII. That Complainant would have such further AND other general relief as he may be entitled To.

Complainant is legally DISABLED AND IS requesting the ASSISTANCE AND complete relief by the Honorable Chancellor IN All these MATTERS.

OATH TO BILL:

STATE of MISSOURI )
)
County of SAINT Charles)

James Edgar Staley III, the Complainant, in the foregoing Bill makes oath that the statements in his foregoing bill made as of his own knowledge are true, and those made as on information and belief, believes to be true.

By: Staley III, James Edgar DATE: November 15, 2015
GRANTEE, without prejudice.
Staley III, James Edgar, Private American National of the "United States of America", Specially and privately residing in exclusive Equity within a non-military occupied private estate, outside a "Federal District"; not subject to the jurisdiction of the "United States", on the Land of Saint Charles County expressly reserving all Liberties and all Rights, without recourse.

This Bill was executed and signed on November fifteenth, in the year of Two Thousand Fifteen (November 15, 2015).